UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTARI KHORKHELI,

                Plaintiff,

        -against-

WALMART INC,

                Defendant.

26-CV-2913 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Defendant selected White Plains as the courthouse assignment for this matter. ECF No. 1 at 2. Defendant is directed to consult the Rules for the Division of Business Among District Judges – Southern District of New York and file a letter, no later than April 17, 2026, explaining the basis for this selection.

Dated: April 13, 2026
      White Plains, New York

                        SO ORDERED.

                        *Jessica Clarke*

                        JESSICA G. L. CLARKE
                        United States District Judge