**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **OTARI KHORKHELI**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**WALMART INC.**<br><br>**Defendant.** | : | **1:26-cv-2913 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by September 14, 2026.

SO ORDERED.

**SO ORDERED.**

**Dated: September 11, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**